## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

JORGE L. NIEBLA,

       Plaintiff,

v.                                         CASE NO.  5:08cv314-RH/MD

C. ATKINS,

       Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 9) and the objections (document 10).  I have reviewed *de novo* the issues raised by the objections.  The plaintiff's own filings make clear that he does not intend either to pay the filing fee or to file an application for leave to proceed *in forma pauperis*.  As the report and recommendation correctly concludes, the complaint thus must be dismissed.  Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk must enter judgment stating, "This action is DISMISSED

without prejudice." The clerk must close the file.

SO ORDERED on January 21, 2009.

s/Robert L. Hinkle
Chief United States District Judge